IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY MICHAEL CASTELLO, | : | CIVIL NO. 4:24-CV-1032 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| TYLER ARBOGAST, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW this 2nd day of December 2024, in accordance with the accompanying Memorandum Opinion IT IS ORDERED that the defendants' motion to dismiss, (Doc. 21), is GRANTED as follows:

The institutional defendants, the Pennsylvania State Police, and State Police Troop F command center are DISMISSED.

The official capacity individual defendant damages claims are DISMISSED.

The malicious prosecution, false arrest and false imprisonment claims against all defendants are DISMISSED.

The case will proceed forward on the Fourth Amendment excessive force claim brought against Defendants Arbogast, Horan, and Bowers in their individual capacities, and the following case management schedule will govern this case:

1.  **COUNSEL AND <u>PRO</u> <u>SE</u> LITIGANTS ARE RESPONSIBLE FOR READING THIS ENTIRE ORDER.**

2.  <u>Schedule</u>.  The following deadlines, described in greater detail throughout this order, have been established for this case, and may not be modified by the parties. Motions to modify or extend the deadlines established here shall be made before expiration of the time limits has passed.  **<u>All requests for extensions of discovery deadlines must be made at least thirty (30) days prior to the expiration of the discovery period.</u>  Motions will be granted only on a showing of good cause**.

    Close of Discovery:                                          **March 24, 2025**

    Dispositive Motions and Supporting Briefs Due:    **March 24, 2025**

    Further deadlines will be set following the resolution of any dispositive motions.

3. <u>Discovery Limitations</u>.  In the absence of mutual consent to exceed these limits or a court order, the maximum number of interrogatories per side shall be twenty-five (25); the maximum number of document production requests per side shall be twenty-five (25); and the maximum number of requests for admissions per side shall be twenty-five (25).

4. <u>Dispositive Motions</u>.  Dispositive motions may be filed at any time, but all dispositive motion must be filed, as well as the supporting briefs, on or before **March**

**24, 2025.**

Any requests to alter this schedule should be made by written motion.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
