## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY MICHAEL CASTELLO,** | : | **CIVIL NO. 4:24-CV-1032** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **TYLER ARBOGAST, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

### ORDER

AND NOW this 25th day of April 2025, in accordance with the accompanying Memorandum Opinion, the plaintiff's motion for summary judgment, (Doc. 37), IS DENIED.

_S/ Martin C. Carlson_
Martin C. Carlson
United States Magistrate Judge