## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLY LYNN MENTZER, | : | |
| Plaintiff, | : | NO. 4:25-cv-00123 |
| | : | |
| -vs- | : | |
| | : | (CARLSON, M.J.) |
| FRANK BISIGNANO, | : | |
| Commissioner of Social Security, | : | [FILED VIA ECF] |
| Defendant. | : | |

## JUDGMENT ORDER

AND NOW, this 12th day of _____ May _____, 2025, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:


 s/Martin C. Carlson
Hon. Martin C. Carlson
United States Magistrate Judge